Ramon Mitchell
G43090 A3-116
P.O. Box 1050
Soledad CA 93960

U.S. District Co
Northern Dis
450 Golden G
San Francisco



INSPECTED BY
FEB 03 2020
U.S. MARSHALS SERVICE

STATE PRIS
GENERATED



urt
t. of CAl.
ate Ave.
CA 94102-3483

RECEIVED

FEB 0 3 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

PRO SE

ON
AIL

