IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Raymond Richard Whitall, G43090,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Davina Gutierrez, as successor in interest to S.D. Gutierrez,<br><br>　　　　Defendant. | CASE NO. 3:20-cv-00910-CRB<br><br>**ORDER AND WRIT TO PRODUCE PLAINTIFF FOR ATTORNEY-CLIENT MEETINGS**<br><br>Judge:  Hon. Charles R. Breyer<br><br>Trial Date: June 16, 2025<br><br>Action Filed:  February 6, 2020 |

**ORDER**

Having considered Plaintiff's [Proposed] Order and Writ to Produce Plaintiff for Attorney-Client Meetings and all papers and arguments submitted to the Court, the Court now rules as follows:

ACCORDINGLY, IT IS ORDERED THAT:

1. A Writ issue, under the seal of this Court, commanding the Warden at Salinas Valley State Prison to produce Plaintiff Raymond R. Whitall (G43090) for one weekly attorney-client protected phone call, each of a two-hour duration, during the weeks of May 19, May 26, and June 9, 2025. The Warden shall confer with Whitall's counsel to schedule these phone calls with sufficient advance notice.

2. The Warden is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this Writ.

3. The Clerk of Court is directed to serve a copy of this Order and Writ on the Warden courtesy of Ashley Lyons, Litigation Coordinator at SVSP (email: ashley.lyons@cdcr.ca.gov; cdcrsvsplitigationcoordinator@cdcr.ca.gov).

**WRIT**

**To: Warden, Salinas Valley State Prison, 31625 Highway 101, Soledad, CA 93960**

WE COMMAND you to produce Raymond R. Whitall (G43090) to appear for one weekly attorney-client protected phone call with his counsel in this case, each of a two-hour duration, during the weeks of May 19, May 26, and June 9, 2025.

FURTHER, you have been ordered to notify the Court of any change in custody of this inmate, and you are ordered to provide the new custodian with a copy of this writ.

DATED: __May 20__, 2025            _____
                                    Honorable Charles R. Breyer
                                    United States District Court

[PROPOSED] ORDER AND WRIT TO PRODUCE PLAINTIFF FOR ATTORNEY-CLIENT MEETINGS
CASE NO. 3:20-CV-00910-CRB